UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMUEL FESTINGER,

                              Plaintiff,

          -against-

SNITOW KAMINETSKY ROSNER & SNITOW,
LLP, FRANKLYN H. SNITOW, ELLIOT J.
ROSNER, JUSTICE RACHEL A. ADAMS,
CHARNIE ROSENBAUM, JOHN DOE #1
THROUGH #10, and JANE DOE #1 THROUGH
#10,

                             Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/2022

20 **CIVIL** 9784 (PGG)(JW)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 28, 2022, Judge Fox's R&Rs are adopted. Defendants' motions to dismiss are granted; and Plaintiff's motion to amend is denied; accordingly, the case is closed.

**Dated:** New York, New York

         March 28, 2022

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                            **BY:**
                                                       **Deputy Clerk**